IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRINETTE ENTO**                                                                                         **PLAINTIFF**

v.                                            Case No. 4:23-cv-1210-JM

**SARACEN CASINO RESORT**                                                                **DEFENDANT**

## ORDER

On January 2, 2024, I granted Plaintiff Trinette Ento's petition to proceed *in forma pauperis* and screened her Complaint. (Doc. 4). Noting that her allegations were insufficiently pleaded, I gave Ento an opportunity to amend her Complaint. (*Id*.) While Ento has timely filed an Amended Complaint (Doc. 7), nothing in it supports her allegation that she was discriminated against because of either or her race or sex. Instead, she reiterates her belief that she was unfairly fired for allegedly fighting off campus. Accordingly, her Complaint and Amended Complaint are dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED this 26th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE